UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY MATTHEWS,

    Plaintiff,

vs.

DAYTON POLICE DEPT., *et al.*,

    Defendants.

Case No. 3:18-cv-26

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

_____

## ORDER TO SHOW CAUSE
_____

This civil case is before the Court on *pro se* Plaintiff's complaint. Doc. 1. *Pro se* Plaintiff has neither paid the Court's required filing fee nor moved to proceed without the payment of such fee, *i.e.*, to proceed *in forma pauperis* ("IFP").[1] Accordingly, *pro se* Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing and **within 14 days** from the entry of this Order, as to why he should be permitted to proceed IFP. In lieu of showing cause, Plaintiff may pay the required $400.00 filing fee with the Clerk of Court. *Pro se* Plaintiff is **NOTIFIED** that failure to **SHOW CAUSE** or pay the required filing fee as directed above may result in a dismissal of this case for failure to prosecute.

    **IT IS SO ORDERED.**

Date:   January 29, 2018

    s/ Michael J. Newman
    Michael J. Newman
    United States Magistrate Judge

---

[1] A form application to proceed without prepayment of fees and affidavit can be found on the Court's website at http://www.ohsd.uscourts.gov/sites/ohsd/files/ifp_0.pdf. The Court's review of the docket reveals that the Clerk provided Plaintiff with a copy the form IFP application on January 24, 2018.