# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Anthony Matthews,**

      *Plaintiff,*

**v.**

Case No. 3:18-cv-026
Judge Thomas M. Rose

**Randy Betsinger, et al.,**

      *Defendants.*

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE NEWMAN (DOC. 20) THAT PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION (DOC. 18) BE DENIED.**

---

Pending before the Court is a Report and Recommendations of United States Magistrate Judge Michael J. Newman, (Doc. 20), that recommends that Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 18) be denied.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that the Report and Recommendation is correct. Wherefore, the Court **ADOPTS** Report and Recommendations of United States Magistrate Judge Michael J. Newman, (Doc. 20), and **DENIES** Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc.

18).

**DONE** and **ORDERED** this Friday, July 27, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
